UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-07-2011-LRS-2 |
| Plaintiff, | ORDER GRANTING MOTION TO EXPEDITE AND **(Ct. Rec. 27)** ORDER GRANTING MOTION TO MODIFY RELEASE CONDITIONS **(Ct. Rec. 25)** |
| v. | |
| JOAN RENEE STIPP, | |
| Defendant. | |

BEFORE THE COURT is the Defendant's Motion to Expedite and Motion To Modify Release Conditions.

For the reasons set forth in Defendant's motion, the Defendant's Motion for Expedited Hearing is **GRANTED. (Ct. Rec. 27)**

Based on defendant's supporting memorandum and the agreement of counsel, the defendant's motion to modify conditions of release is **GRANTED. (Ct. Rec. 25)** Condition number 6 of this Court's Order Setting Conditions of Release Following Detention Hearing, dated February 26, 2007, shall be modified as follows:

The Defendant shall be confined to home, work or school. If the defendant isn't at work or at school while on home confinement she must be in the presence of her father or her grandmother or have advance approval from U. S. Probation to be away from home.

The district court executive is directed to enter this order and provide copies to counsel and to U.S. Probation.

**IT IS SO ORDERED.**

DATED this 1st day of March, 2007.

            s/MICHAEL W. LEAVITT
           United States Magistrate Judge