UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOAN RENEE STIPP, ) <br> ) <br> Defendant. ) | CR-07-2011-LRS-2 <br><br> ORDER GRANTING AGREED MOTION <br> TO MODIFY RELEASE CONDITIONS |

BEFORE THE COURT is Defendant JOAN RENEE STIPP'S Motion to Modify Release Conditions (Ct. Rec. 50). For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Release Conditions **(Ct. Rec. 50)** is **GRANTED**.

Condition number 9 of this Court's Order Setting Conditions of Release Following Detention Hearing, issued on February 26, 2007, is hereby terminated. The Defendant shall no longer be subject to electronic home monitoring. All other conditions of release remain in effect.

The district court executive is directed to enter this order and provide copies to counsel and to the United States Probation Office.

DATED this 8th day of June, 2007.

S/Michael W. Leavitt
Michael W. Leavitt
UNITED STATES MAGISTRATE JUDGE

ORDER                                    1