Rebecca L. Pennell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
JOAN RENEE STIPP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR-07-2011-LRS-2 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER GRANTING AGREED MOTION |
| | ) TO MODIFY RELEASE CONDITIONS |
| JOAN RENEE STIPP, | ) |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is Defendant JOAN RENEE STIPP'S Motion to Modify Release Conditions (Ct. Rec. 57).  For the reasons set forth in Defendant's motion, **IT IS ORDERED** that Defendant's Motion to Modify Release Conditions (Ct. Rec. 57) is **GRANTED**.

Condition number 14 of this court's Order Setting Conditions of Release Following Detention Hearing, issued on February 26, 2007, is modified so as to allow the defendant to have one visit with Mr. David Nidiffer while Mr. Nidiffer is housed at the Yakima County Jail.  All other conditions of release remain in effect.

The district court executive is directed to enter this order and provide copies to counsel and to the United States Probation Office.

DATED this 17th day of July, 2007.

S/Cynthia Imbrogno
Cynthia Imbrogno
UNITED STATES MAGISTRATE JUDGE

ORDER                               1