PROB 12C
(7/93)

Report Date: March 29, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 30 2010

JAMES R LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Joan Renee Stipp          Case Number:  2:07CR02011-002

Address of Offender: ·

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence:  10/11/2007

Original Offense:     Obstruction of Mails, 18 U.S.C. § 1701

Original Sentence:    Probation - 36 Months          Type of Supervision:  Probation

Asst. U.S. Attorney:  Gregory M. Shogren          Date Supervision Commenced:  10/11/2007

Defense Attorney:     Rick Lee Hoffman          Date Supervision Expires:  2/12/2011

---

### PETITIONING THE COURT

**To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/4/2009.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On March 25, 2010, Ms. Stipp associated with David Nidiffer, who is a known felon and was on warrant status with the Washington State Department of Corrections (DOC). |
| 7 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Stipp used marijuana on March 24, 2010, and methamphetamine on March 25, 2010. |

On March 25, 2010, Ms. Stipp reported to the U.S. Probation Office and was instructed to provide a urine sample for drug testing. The sample provided appeared to be diluted. Ms. Stipp disclosed she used marijuana and methamphetamine on the above-noted dates. The

Prob12C
**Re:  Stipp, Joan Renee**
**March 29, 2010**
**Page 2**

defendant  signed the admission of drug use form, which disclosed she used marijuana on March 24, 2010, and methamphetamine on March 25, 2010.  The specimen was sent to Kroll Laboratories Specialists, Incorporated for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/29/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

**THE COURT ORDERS**

[  ]     No Action
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Other

Signature of Judicial Officer

3/30/10

Date